**Order entered June 25, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00133-CV

## IN THE INTEREST OF M.H. AND T.H., CHILDREN

### On Appeal from the 256th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-16-26862

## ORDER

By letter dated June 19, 2019, appellant has informed the Court he has paid the reporter's fee. Accordingly, we **ORDER** Glenda E. Finkley, Official Court Reporter of the 256th Judicial District Court, to file the reporter's record no later than July 23, 2019.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Finkley and the parties.

/s/ BILL WHITEHILL
JUSTICE